FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 26 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) ) | CIVIL ACTION FILE |
| v. ) ) ) | NO. 1:07-CV-1331-CC |
| BAYROCK CORPORATION, ) ) ) | |
| Defendant. ) | |

## JUDGMENT

This action was tried before this Court and a Jury from March 16, 2009 through March 20, 2009. On March 20, 2009, the Jury rendered a Verdict which found in favor of the Defendant Bayrock Corporation and against the Plaintiff Equal Employment Opportunity Commission on all counts, including the Plaintiff's claims under the Age Discrimination In Employment Act and the Americans With Disabilities Act.

The issues having been duly tried, the Court hereby enters a Judgment on the Jury Verdict. IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action be dismissed on the merits, and that the Defendant recover from the Plaintiff the costs of this action.

So Ordered this 26th day of MARCH, 2009.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE